IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 01-00253-01/02-CR-W-ODS |
| ) | |
| ROBERT R. COURTNEY, et al. ) | |
| ) | |
| Defendants. ) | |

ORDER (1) CONSTRUING DEFENDANT'S FILING AS A MOTION FOR REDUCTION IN SENTENCE, AND (2) GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME

On May 26, 2020, the Court received a filing from Defendant Robert Courtney entitled "Response to Plaintiff's Opposition to Defendant's Motion for Reconsideration to Request Extention [sic] of Time to Rebut Plaintiff's Opposition."  Doc. #174.  Defendant requests an extension of time to respond to Plaintiff's Opposition to Defendant's Motion to Reconsider.  But the Court denied Defendant's Motion to Reconsider on May 20, 2020.  Doc. #172.  In this respect, Defendant's motion is rendered moot.  Nevertheless, Defendant states he recently requested a reduction in sentence from the warden of Defendant's correctional facility.  Doc. #174, at 5-6.  He asserts the warden denied his request on April 29, 2020.  *Id.* at 5.  Based on the foregoing, the Court construes Defendant's latest filing as a motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

In addition, Defendant states he has obtained representation and asks for six weeks for counsel to enter an appearance and rebut Plaintiff's opposition to Defendant's motion to reconsider.  The Court construes this request as seeking leave to file supplemental suggestions in support of Defendant's filing (Doc. #174) and grants Defendant's request.  By no later than July 10, 2020, Defendant's counsel shall file an appearance and supplemental suggestions in support of Defendant's filing.  Plaintiff shall file its response to Defendant's supplemental suggestions within fourteen days of Defendant's filing, and Defendant's reply shall be filed within fourteen days of Plaintiff's response.  L.R. 7.0(c)(2)-(3).  If Defendant does not file supplemental suggestions, Plaintiff shall respond to Defendant's filing by no later than July 24, 2020, and Defendant shall file his reply by no later than August 7, 2020.
IT IS SO ORDERED.

DATE:  May 29, 2020

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT